2 Ill. App.2d 50 (1954)
118 N.E.2d 66
Eleanor Kane, Administratrix of Estate of Barney Kane, Deceased, Plaintiff-Appellee,
v.
Sam Dunn, Defendant-Appellant.
Gen. No. 46,220.
Illinois Appellate Court.
Opinion filed March 8, 1954.
Released for publication March 24, 1954.
Philip J. Simon, for appellant.
Robert E. Cherry, for appellee.
Rosenfeld, Cherry and Levinson, of counsel.
(Abstract of Decision.)
Opinion by JUSTICE BURKE.
Judgment affirmed.
Not to be published in full.